**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Muhammad Abdulqadir Omar (1),<br><br>Defendant. | No. 26-cr-00092 (KMM/DLM)<br><br>**ORDER ON DEFENDANT'S MOTION FOR REVIEW OF THE DETENTION ORDER** |

---

Defendant Muhammad Abdulqadir Omar seeks review of the Detention Order (Dkt. 22) issued by Magistrate Judge Bullard on May 29, 2026. This Court has conducted a *de novo* review of that order and the record in this matter, as required by the Bail Reform Act. *United States v. Maull*, 773 F.2d 1479, 1481 (8th Cir. 1985) (en banc).

The Court agrees with Magistrate Judge Bullard that the government has demonstrated by a preponderance of the evidence that Mr. Omar presents a risk of flight, and that there are no conditions that could adequately assure either his appearance at his sentence, or his surrender for the service of any sentence imposed. 18 U.S.C. § 3142(e)(1). Moreover, although the Court acknowledges that Mr. Omar has now accepted responsibility through his guilty plea, the circumstances relevant to the risk of flight presented in this case have not changed in any way that mitigates the risk of flight. 18 U.S.C. § 3142(f) ("The hearing may be reopened . . . if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that

has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required. . . .”).

Accordingly, **it is hereby ordered that** Defendant’s Motion for Review of the Detention Order [Dkt. 45] is **denied**.

Date: October 23, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
U.S. District Court Judge